AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CHRISTIE GALLUCCI

**WAIVER OF INDICTMENT**

CASE NUMBER: **00-6177**

**CR - FERGUSON**

MAGISTRATE JUDGE
SNOW

I, CHRISTIE GALLUCCI, the above named defendant, who is accused of MAKING FALSE STATEMENTS TO HUD, in violation of Title 18, United States Code, Section 1010, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___6-23-00___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Christie Gallucci*
CHRISTIE GALLUCCI
Defendant.

*Jim Lewis*
JIM LEWIS
Counsel for Defendant

Before *Lurana S. Snow*
UNITED STATES MAGISTRATE JUDGE