# COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: CHRISTIE GALLUCCI (surr)    CASE NO: 00-6177-CR-FERGUSON
AUSA: LYNN ROSENTHAL    ATTY: Jim Lewis
AGENT: _____    VIOL: _____
PROCEEDING I/A ON INFORMATION    RECOMMENDED BOND _____
BOND HEARING HELD - yes/no    COUNSEL APPOINTED _____
    BOND SET @ 100,000 PSB
    SPECIAL CONDITIONS:
1) To be cosigned by: _____
2) Rpt to PTS — as directed   x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to: MD/FL
4) surrender passport if applicable

Travel to Tenn for reunion July Granted
INFO
Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing discovery order requested
Advised of Charges

Waiving of indictment executed in open court

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____
                PTD/BOND HRG: _____
                PRELIM/ARRAIGN: _____
                REMOVAL HRG: _____
                STATUS CONF: N/A

Date: 6/23/00    Time 9:00    FTL/LSS TAPE #00- 032    Begin: 1909    End: 2451
                                                                2479
                                                                71"
                                                                3