UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6177-CR-FERGUSON

UNITED STATES OF AMERICA

vs

CHRISTIE GALLUCCI

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 23, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | |
|---|---|
| DEFENDANT: | Address: __ON BOND FORM__ |
| | Telephone: |
| DEFENSE COUNSEL: | Name: __JIM LEWIS, ESQ.__ |
| | Address: |
| | Telephone: |
| BOND SET: | $ __100,000 PSB STIPULATED__ |

Bond hearing held: yes_____ no_X__ Bond hearing set for_____

Dated this __23RD__ day of __JUNE__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
        Deputy Clerk

Tape No. __00-032__

cc: Copy for Judge
    U. S. Attorney