UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6177 CR -WDF

UNITED STATES OF AMERICA,

v.

CHRISTIE GALLUCCI

**NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD**

FILED by _____ D.C.
JUN 2 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW ___CHRISTIE GALLUCCI___, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 6.23.00

Attorney  James S. Lewis
Address   500 SE 6 ST  #100
City  Fort Lauderdale  State  FL  Zip  33301
Telephone  954 523-7949
Florida Bar No.  318957

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_Christie Gallucci_