UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.: 00-6177-CR-Ferguson

-vs-

CHRISTIE GALLUCCI,
Defendant.
_____/

### DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

The Defendant, CHRISTIE GALLUCCI, by and through her undersigned counsel objects to the following findings by corresponding numbered paragraphs in the presentence investigation report

40. The amount of loss should be calculated at $227,830.71, not $767,830.71.

41. The Defendant's role did constitute minimal planning and therefore the two levels added are inappropriate.

42. The Defendant's role was minor and a downward adjustment is warranted.

89. The guidelines should be recalculated consistent with the above objections.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail this 12th day of September, 2000 to Tracey L. Webb, U.S. Probation Officer, Federal Courthouse Building, 299 East Broward Blvd., Room 409, Ft. Lauderdale, FL 33301-1865.

JAMES S. LEWIS, ESQ.
Attorney for Defendant
500 SE 6th Street, Suite 100
Fort Lauderdale, FL 33301
Telephone (954) 823-7949

BY: _____
JAMES S. LEWIS, ESQ
Florida Bar No.: 318957