UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.:   00-6177-CR-Ferguson

-vs-

CHRISTIE GALLUCCI,

Defendant.
_____/

## DEFENDANT'S STIPULATED MOTION TO CONTINUE SENTENCING

The Defendant, CHRISTIE GALLUCCI, by and through her undersigned counsel requests this Honorable Court to continue her sentencing and waive her appearance now set for October 6, 2000 at 11:00 a.m.

As grounds therefore the Defendant would allege:

1. The Defendant is expecting to testify in case or cases involving co-defendant's whose trial are now set in November, 2000.
2. The Defendant is seeking a 5K1 adjustment and needs additional time to render assistance to the government.
3. The Defendant resides in Jacksonville and requests her appearance on October 6, 2000 be waived.
4. AUSA, Jeffrey Kaplan was contacted by counsel and indicated he did not object to a continuance of the sentencing past December 1, 2000.
5. The undersigned counsel would request a new sentencing date beyond December 1, 2000.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail this 3rd day of October, 2000 to JEFFREY KAPLAN, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, Fl 33394-3402 and to Tracey L. Webb, U.S.



1

Probation Officer, Federal Courthouse Building, 299 East Broward Blvd., Room 409, Ft. Lauderdale, FL 33301-1865.

JAMES S. LEWIS, ESQ.
Attorney for Defendant
500 SE 6th Street, Suite 100
Fort Lauderdale, FL 33301
Telephone (954) 523-7949

BY: _____
JAMES S. LEWIS, ESQ.
Florida Bar No.: 318957
