UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA



CASE NO.:   00-6177-CR-Ferguson

UNITED STATES OF AMERICA,

vs.

CHRISTIE GALLUCCI,

　　　Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO CONTINUE SENTENCING

THIS CAUSE having come on for consideration upon the Defendant's Motion to Continue Sentencing and the Court having considered the matter and being otherwise duly advised in the premises, it is thereupon;

ORDERED AND ADJUDGED that the Defendant's Motion to Continue Sentencing be and the same is hereby _____ GRANTED _____.

ORDERED AND ADJUDGED that Defendant's appearance is waived for sentencing on October 6, 2000

ORDERED AND ADJUDGED that the Clerk shall reset the Sentencing Hearing until Friday, 12/15/00 @ 11:00 a.m.

DONE AND ORDERED in Chambers, Broward County, Fort Lauderdale, Florida this _____ day of _____, 2000.

WILKIE D. FERGUSON
United States District Court Judge

Copies furnished to:
James S. Lewis, Esq. Attorney for Defendant
Jeffrey Kaplan, Esq., Assistant United States Attorney
Tracey L. Webb, U.S. Probation

1