SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DEC 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6177-CR-WDF

DEFENDANT _Cristie Gallucci_   JUDGE _WILKIE D. FERGUSON_

Deputy Clerk _TROY T. WALKER_   DATE _December 15, 2000_

Court Reporter _Paul Haferling_   USPO _Tracey Webb_

AUSA _Jeff Kaplan_   Deft's Counsel _Kim Lewis, Esq_

COUNTS DISMISSED _All Others_

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment   Years _18_  Months ___ Counts ___   _Right to Appeal_
_1 day_

Supervised Release _1 YR (See J&C for details)_

Probation   Years ___ Months ___ Counts ___

Comments _____

Assessment $ _100.00_   Fine $ _None_

Restitution /Other _227,830.71_

**CUSTODY**

___ Remanded to the Custody of the U.S. Marshal Service   ___ Release on bond pending appeal

_✓_ Voluntary Surrender to (designated institution or U.S. Marshal Service) on _6/19/01_

Commitment Recommendation: _____