UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.:    00-6177-CR-Ferguson

-vs-

CHRISTIE GALLUCCI,

    Defendant.

_____/

## DEFENDANT'S NOTICE OF CHANGE OF ADDRESS

    The Defendant, CHRISTIE GALLUCCI, by and through her undersigned counsel hereby files

the following change of address effective immediately:

**CHRISTIE GALLUCCI
6850 PALMETTO CIRCLE SOUTH
APARTMENT 1304
BOCA RATON, FL 33433**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by

U.S. Mail this 26TH day of April, 2001 to Assistant United States Attorney, 500 E. Broward

Boulevard, 7th Floor, Ft. Lauderdale, Fl 33394-3402 and to Carole Sirotto, by facsimile (954) 769-

5669, U.S. Probation Officer, Federal Courthouse Building, 299 East Broward Blvd., Room 409, Ft

Lauderdale, FL 33301-1865.

JAMES S. LEWIS, ESQ.
Attorney for Defendant
500 SE 6th Street, Suite 100
Fort Lauderdale, FL 33301
Telephone (954) 523-7949

BY: _____
JAMES S. LEWIS, ESQ.
Florida Bar No.: 318957

1

NON-COMPLIANCE OF S.D. fla. L.R. 5/0/