## UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO.:  00-6177-CR-Ferguson

-vs-

CHRISTIE GALLUCCI,

Defendant.

_____/

## DEFENDANT'S MOTION TO PERMIT TRAVEL WHILE ON COMMUNITY CONTROL

The Defendant, CHRISTIE GALLUCCI, by and through her undersigned counsel and requests this Honorable Court to permit her to travel to Canada and Alaska for her honeymoon.

As grounds therefore the Defendant would state:

1.    The Defendant is about to be married and is requesting permission to travel July 23, 2001 to Vancouver, Canada to board a Princess Cruise Ship to Alaska and to return to Fort Lauderdale, August 1, 2001.

2.    Community Release Officer, Carole Sirotto and Assistant United States Attorney, Jeffrey Kaplan were contacted by the undersigned and both stated they have no objection to this request.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail this 2nd day of July, 2001 to JEFFREY KAPLAN, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Ft Lauderdale, Fl 33394-3402 and to Carole Sirotto, U.S.



1

Probation Officer, Federal Courthouse Building, 299 East Broward Boulevard., Room 409, Ft. Lauderdale, FL 33301-1865.

JAMES S. LEWIS, ESQ.
Attorney for Defendant
500 SE 6th Street, Suite 100
Fort Lauderdale, FL 33301
Telephone (954) 823-7949

BY: _____
        JAMES S. LEWIS, ESQ.
        Florida Bar No.: 318957

2