UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6177-CR-Ferguson

UNITED STATES OF AMERICA,

vs.

CHRISTIE GALLUCCI,

Defendant.
_____/

FILED by _____ D.C.

JUL 1 1 2001

### ORDER ON DEFENDANT'S MOTION TO PERMIT TRAVEL WHILE ON COMMUNITY CONTROL

THIS CAUSE having come on for consideration upon the Defendant's Motion to Permit Travel While on Community Control and the Court having considered the matter and being otherwise duly advised in the premises, it is thereupon;

ORDERED AND ADJUDGED that the Defendant's Motion to Permit Travel While on Community Control be and the same is hereby

GRANTED. THE TRAVEL TIME SHALL BE ADDED TO THE PERIOD OF COMMUNITY CONTROL.

DONE AND ORDERED in Chambers, Broward County, Fort Lauderdale, Florida this _11TH_ day of _July_, 2001.

WILKIE D. FERGUSON
United States District Court Judge

Copies furnished to:
James S. Lewis, Esq. Attorney for Defendant
Jeffrey Kaplan, Esq., Assistant United States Attorney
Carole Sirotto, U.S. Probation

1

