UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

JUL 17 2001

UNITED STATES OF AMERICA,
Plaintiff,

Vs.    Case No. 00-6177-CR-FERGUSON

CHRISTIE GALLUCCI,
Defendant.
_____/

## ORDER GRANTING DEFENDANT'S STIPULATED MOTION TO DELAY SURRENDER TO FEDERAL PRISON FOR 120 DAYS

THIS CAUSE is before the Court on the above-mentioned motion filed by defendant, Gallucci on, May 14, 2001. After consideration, it is

**ORDERED AND ADJUDGED** that the motion is ***GRANTED***. The defendant shall surrender to the designated institution on or before September 9, 2001.

**DONE AND ORDERED** in Fort Lauderdale, Florida this ___17TH___ day of July, 2001.

WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

cc:
Jeffrey Kaplan, AUSA, James Lewis, Esq., and U.S. Marshal Service