UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6177-CR-Ferguson

UNITED STATES OF AMERICA,

vs.

CHRISTIE GALLUCCI,

Defendant.
_____/

FILED by _____ D.C.

SEP 7 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON DEFENDANT'S STIPULATED MOTION TO DELAY SURRENDER TO FEDERAL PRISON FOR 60 DAYS

THIS CAUSE is before the Court on the above-mentioned motion filed by Defendant, Gallucci on August 24, 2001. After consideration, it is

ORDERED AND ADJUDGED that the motion is __GRANTED__.

The Defendant shall surrender to the designated institution on or before __November 9, 2001__.

DONE AND ORDERED in Chambers, Broward County, Fort Lauderdale, Florida this __7th__ day of __September__, 2001.

WILKIE D. FERGUSON
United States District Court Judge

Copies furnished to:
James S. Lewis, Esq., Attorney for Defendant
Jeffrey Kaplan, Esq., Assistant United States Attorney
Carol Sirotto, U.S. Probation Officer
U.S. Marshall

1