UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.:   00-6177-CR-Ferguson

-vs-

CHRISTIE GALLUCCI,

Defendant.
_____/

## DEFENDANT'S STIPULATED MOTION TO DELAY SURRENDER
## TO FEDERAL PRISON FOR 30 DAYS

The Defendant, CHRISTIE GALLUCCI, by and through her undersigned counsel and with consent of AUSA, Jeffrey Kaplan requests this Honorable Court to delay the surrender date now scheduled for November 8, 2001 for approximately 30 days.

As grounds therefore the Defendant would state:

1. The Defendant is scheduled to report to the U.S. Marshall on November 8, 2001 to commence her sentence of one year and one day in Federal prison.

2. Additional time is necessary in order for the Defendant to provide assistance to the government in an ongoing criminal investigation that will likely result in a reduction of the Defendant's sentence to no jail time.

3. AUSA, Jeffrey Kaplan has indicated to counsel and consented for his position to be made known in this motion that he does not object to a delay in the surrender date for 30 days, and that the issue of Ms. Gallucci's reduction of sentence can be resolved in early December 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail this ____ day of November, 2001 to JEFFREY KAPLAN, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, Fl 33394-3402 and Carol Sirotto, U.S.

1

Probation Officer, Federal Courthouse Building, 299 East Broward Blvd., Room 301, Ft. Lauderdale, FL 33301-1865.

                                      JAMES S. LEWIS, ESQ.
                                      Attorney for Defendant
                                      500 SE 6th Street, Suite 100
                                      Fort Lauderdale, FL 33301
                                      Telephone (954) 523-7949

                                      BY: _____
                                             JAMES S. LEWIS, ESQ.
                                             Florida Bar No.: 318957