UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6177-CR-Ferguson

UNITED STATES OF AMERICA,

vs.

CHRISTIE GALLUCCI,

Defendant.
_____/

FILED by __ P.C.
NOV 06 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON DEFENDANT'S STIPULATED MOTION TO DELAY SURRENDER TO FEDERAL PRISON FOR 30 DAYS

THIS CAUSE is before the Court on the above-mentioned motion filed by Defendant, Gallucci on November 8, 2001. After consideration, it is

ORDERED AND ADJUDGED that the motion is __GRANTED__.

The Defendant shall surrender to the designated institution on or before __DECEMBER 10, 2001__.

DONE AND ORDERED in Chambers, Broward County, Fort Lauderdale, Florida this __6TH__ day of __November__, 2001.

WILKIE D. FERGUSON
United States District Court Judge

Copies furnished to:
James S. Lewis, Esq. Attorney for Defendant
Jeffrey Kaplan, Esq., Assistant United States Attorney
Carol Sirotto, U.S. Probation Officer
U.S. Marshall

1