UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO.: 00-6177-CR-Ferguson

-vs-

CHRISTIE GALLUCCI,

  Defendant.
_____/

### DEFENDANT'S MOTION TO PERMIT TRAVEL WHILE ON COMMUNITY RELEASE

The Defendant, CHRISTIE GALLUCCI, by and through her undersigned counsel, and requests this Honorable Court to permit her to travel while on community release to Irvine, California for employment purposes.

As grounds therefore the Defendant would state:

1. The Defendant is scheduled to be in Irvine, California for employment purposes on December 7, 2001 through December 9, 2001

2. Community Release Officer, Carol Sirotto and Assistant United States Attorney, Jeffrey Kaplan were contacted by the undersigned and both stated they have no objection to this request.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail this 19 day of November, 2001 to JEFFREY KAPLAN, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Ft. Lauderdale, Fl 33394-3402 and to Carol

1

Sirotto, U.S. Probation Officer, Federal Courthouse Building, 299 East Broward Boulevard, Room 301, Ft. Lauderdale, FL 33301-1865.

                                        JAMES S. LEWIS, ESQ.
                                        Attorney for Defendant
                                        500 SE 6th Street, Suite 100
                                        Fort Lauderdale, FL 33301
                                        Telephone (954) 523-7949

                                        BY: _____
                                            JAMES S. LEWIS, ESQ.
                                            Florida Bar No.: 318957