JNK:hkp

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  00-6177-CR-FERGUSON

UNITED STATES OF AMERICA,       )
                                )
                     Plaintiff, )
                                )
v.                              )
                                )
CHRISTIE GALLUCCI,              )
                                )
                     Defendant. )
────────────────────────────── )

NIGHT BOX
FILED

DEC - 6 2001

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE
## UNDER RULE 35(b) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The United States of America, by and through its undersigned Assistant United States Attorney, hereby requests the court for a reduction in the sentence of the defendant under Rule 35 of the Federal Rules of Criminal Procedure and states as follows:

1.   On June 22, 2000, the defendant was charged in a one count information with making false statements to lenders in order to obtain HUD insured loans.  On July 31, 2000, the defendant pled guilty to the information. On December 15, the defendant was sentenced to 12 months imprisonment.  The execution of defendant's sentence has been continued due to the defendant's cooperation.  The defendant is scheduled to report to prison on December 10, 2001.

2.     The defendant has provided substantial assistance in the investigation or prosecution

of other persons who have committed an offense.  The defendant's assistance will be further detailed

at a hearing on this matter.  The government also requests that the surrender of the defendant be

delayed until after the hearing on this motion.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:     _____
        JEFFREY N. KAPLAN (Court #A5500030)
        ASSISTANT UNITED STATES ATTORNEY
        500 East Broward Boulevard, Suite 700
        Fort Lauderdale, Florida  33394-3002
        Telephone:  (954) 356-7255
        Facsimile:  (954) 356-7228
        E-Mail:  Jeffrey.Kaplan@justice.usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed  this _____ day of December,

2001, to:

James Lewis
500 SE 6th Street
Suite 100
Fort Lauderdale, Florida 33301

_____
JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY