UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

Vs.                        Case No. 00-6177-CR-FERGUSON

CHRISTIE GALLUCCI, (B)
        Defendant.
_____/

FILED by ___ D.C.
DEC 10 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER TO SURRENDER TO BUREAU OF PRISONS

THIS CAUSE is before the Court on the government's Motion To Continue Surrender Date. Having fully considered the motion along with the record of the proceedings, the motion is **_Granted_**. It is hereby,

**ORDERED** that the defendant, Christie Gallucci, surrender to the Bureau of Prisons on January 7, 2002, at the designated facility (or in Miami, Florida if no facility has been designated) to commence serving the One year and 1 day sentence.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 16TH day of December 2001.

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

Jeffrey Kaplan, AUSA, James Lewis, Esq., U.S. Marshal

