UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 00-6177-CR-Ferguson |
| -vs- | |
| CHRISTIE GALLUCCI, | |
| Defendant. | |



## DEFENDANT'S STIPULATED EMERGENCY MOTION TO DELAY SURRENDER TO FEDERAL PRISON FOR 30 DAYS

The Defendant, CHRISTIE GALLUCCI, by and through her undersigned counsel and with consent of AUSA, Jeffrey Kaplan requests this Honorable Court to delay the surrender date now scheduled for January 7, 2002 for approximately 30 days to allow to for the scheduling of a Rule 35 mitigation hearing.

AUSA, Jeffrey Kaplan has filed a Rule 35 Motion and agrees to this delay for purposes of scheduling a mitigation hearing of Defendant's sentence.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail this ___ day of January, 2002 to JEFFREY KAPLAN, Assistant United States Attorney, 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, Fl 33394-3402 and Carol Sirotto, U.S. Probation Officer, Federal Courthouse Building, 299 East Broward Blvd., Room 301, Ft. Lauderdale, FL 33301-1865.

GRANTED. SURRENDER
DATE NOW 2/11/02.
_____
01/07/02
DATE

JAMES S. LEWIS, ESQ.
Attorney for Defendant
500 SE 6th Street, Suite 100
Fort Lauderdale, FL 33301
Telephone (954) 523-7949

BY: _____
JAMES S. LEWIS, ESQ.
Florida Bar No.: 318957

1