CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. __00-6177-CR-FERGUSON__     Date: __February 11, 2002__

Clerk: __Karen Gardner__     Reporter: __Patricia Sanders__

USPO: _____     Interpreter: _____

**UNITED STATES OF AMERICA vs.** __CHRISTIE GALLUCCI__

AUSA: __Jeffrey Kaplan__

Defendant(s) Counsel: __James Lewis, Esq.,__

Defendant(s) Present __X__ Not Present_____ In Custody_____

Reason for hearing: **HEARING ON RULE 35 MOTION**

Result of hearing: _All other conditions remain the same_
- 3 yrs. Probation
- 6 mos. Home Confinement w/ Electronic Monitoring.
- Defendant bears cost.

Case Continued to:_____ Time:_____ P.M. _____