

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-6177-CR-Ferguson

UNITED STATES OF AMERICA,

vs.

CHRISTIE GALLUCCI,

  Defendant.
_____/

### ORDER MODIFYING SENTENCE

Upon Motion of the United States Attorney the Court modifies the previous sentence of the Court of one (1) year and one (1) day federal prison to three (3) years of supervised release with a special condition of 6 months home confinement. The federal prison sentence is deleted. Other conditions of previous sentence remain in effect.

So done and ordered this 15th day of February, 2002.

_____
WILKIE D. FERGUSON
United States District Court Judge

Copies furnished to:
James S. Lewis, Esq. Attorney for Defendant
Jeffrey Kaplan, Esq., Assistant United States Attorney
Carol Sirotto, U.S. Probation Officer
U.S. Marshall

1

