AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| CRISTIE GALLUCCI, (J) 55372-004 | Case Number: 0:00CR06177-001 |
| | Jeff Kaplan, AUSA / Jim Lewis, Esq |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   One of the Indormation

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1010 | Making false statements to the United States Department of Housing and Urban Development. | 10/15/1997 | 1 |

FILED by _____ D.C.
DEC 3 1 ____
CLARENCE MADDOX

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has been found not guilty on count(s) _____N/A_____

☒ Count(s) _____N/A_____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| Defendant's Soc. Sec. No.: | 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 |
| Defendant's Date of Birth: | 12/23/1971 |
| Defendant's USM No.: | 55372-004 |

Defendant's Residence Address:
**10010 Belle Rive Boulevard**
**Unit 1210**
**Jacksonville                        FL        32256**

Defendant's Mailing Address:
**10010 Belle Rive Boulevard**
**Unit 1210**
**Jacksonville                        FL        32256**

12/15/2000
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

**WILKIE D. FERGUSON, JR.,**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

12/31/00
Date



No further action required by the U.S. Marshals Service.

Edward Stubbs, acting
UNITED STATES MARSHAL

Barry Golden, ASOUSM