

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-6177-CR-Ferguson

UNITED STATES OF AMERICA,

vs.

CHRISTIE GALLUCCI,   55374-004

　　　Defendant.
_____/

## ORDER MODIFYING SENTENCE

Upon Motion of the United States Attorney the Court modifies the previous sentence of the Court of one (1) year and one (1) day federal prison to three (3) years of supervised release with a special condition of 6 months home confinement. The federal prison sentence is deleted. Other conditions of previous sentence remain in effect.

So done and ordered this 15th day of February, 2002.

　　　　　　　　　　　　　　　　　WILKIE D. FERGUSON
　　　　　　　　　　　　　　　　　United States District Court Judge

Copies furnished to:
James S. Lewis, Esq. Attorney for Defendant
Jeffrey Kaplan, Esq., Assistant United States Attorney
Carol Sirotto, U.S. Probation Officer
U.S. Marshall

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 2/15/02

1

FILED BY: _____ D.C.

2002 FEB 27 AM 9:47

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-FTL.

No further action required by
the U.S. Marshals Service.

Edward Stubbs, acting
UNITED STATES MARSHAL

Robert Broadus, SDUSM
Barry Colder, ASOUSM