UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,          CASE NO.:   00-6177-CR-Ferguson

-vs-

CHRISTIE GALLUCCI,

    Defendant.

_____/



### DEFENDANT'S MOTION TO PERMIT TRAVEL WHILE ON SUPERVISED RELEASE

The Defendant, CHRISTIE GALLUCCI, by and through her undersigned counsel and requests this Honorable Court to permit her to travel to Nassau, Bahamas for a family vacation during the Thanksgiving holiday.

As grounds therefore the Defendant would state:

1. On February 11, 2002 the Defendant was sentenced to three (3) years of supervised release with a special condition of six (6) months home confinement for the charge of making false statements to the United States Department of Housing and Urban Development.
2. The Defendant is requesting permission to travel November 28, 2002 through December 2, 2002 for a family vacation during the Thanksgiving holiday.
3. The vacation trip is being paid by the Defendant's father, Stuart Schnur.
4. U.S. Probation Officer, Brian Hassett was contacted and he stated as long as the cost of the trip was not being paid by the Defendant and she is still able to meet her restitution obligation he had no objection to this request.
5. Assistant United States Attorney, Jeffrey Kaplan was contacted and he stated he had no objection to the motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail this 18th day of July, 2002 to JEFFREY KAPLAN, Assistant United States Attorney, 500



1

East Broward Boulevard, 7th Floor, Ft. Lauderdale, Fl 33394-3402 and to Brian Hassett, U.S. Probation Officer, 2255 Glades Road, Suite 226-A, Boca Raton, FL 33431.

JAMES S. LEWIS, ESQ.
Attorney for Defendant
500 SE 6th Street, Suite 100
Fort Lauderdale, FL 33301
Telephone (954) 523-7949

BY: _____
JAMES S. LEWIS, ESQ.
Florida Bar No.: 318957