UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA



CASE NO.:  00-6177-CR-Ferguson

UNITED STATES OF AMERICA,

vs.

CHRISTIE GALLUCCI,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO PERMIT TRAVEL WHILE ON SUPERVISED RELEASE

THIS CAUSE having come on for consideration upon the Defendant's Motion to Permit Travel While on Supervised Release and the Court having considered the matter and being otherwise duly advised in the premises, it is thereupon;

ORDERED AND ADJUDGED that the Defendant's Motion to Permit Travel While on Supervised Release be and the same is hereby GRANTED. HOWEVER, THE NUMBER OF DAYS SPENT FOR TRAVEL SHALL BE ADDED TO THE PERIOD OF SUPERVISED RELEASE

DONE AND ORDERED in Chambers, Broward County, Fort Lauderdale, Florida this 8th day of August, 2002.

WILKIE D. FERGUSON
United States District Court Judge

Copies furnished to:
James S. Lewis, Esq. Attorney for Defendant
Jeffrey Kaplan, Esq., Assistant United States Attorney
Brian Hassett, U.S. Probation