PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 64404

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-CR-06177-001</u>



**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: GALLUCCI, Cristie

Name of Sentencing Judicial Officer: The Honorable Wilkie D. Ferguson, Judge, U.S. District Court, Southern District of Florida

Date of Original Sentence: December 15, 2000

Original Offense: 18 U.S.C. §1010 Making False Statements to the United States Department of Housing and Urban Development

Original Sentence: One Year and one Day Bureau of Prison, followed by one Year Supervised Release. Modified on February 15, 2002 to Three Years (3) Supervised Release: special condition of six months home confinement. The Federal Prison sentence is deleted.

Type of Supervision: Supervised Release       Date Supervision Commenced: February 15, 2002

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[X]   To modify the conditions of supervision as follows:

> "The defendant shall pay restitution at the rate of $500 per month until such time as the Court may alter the payment schedule in the interests of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay"



PROB 12B                                                    SD/FL PACTS No. 64404
(SD/FL 9/96)

# CAUSE

     A financial investigation was conducted by the undersigned officer, to determine what amount the defendant could afford to pay monthly on her restitution balance. The defendant has reported the household and expenses on a monthly basis. The report was compared to the documentation provided by the defendant, as well as the credit report obtained with the defendant's permission, and the expenses were adjusted accordingly. Since the onset of her supervision, the defendant has consistently made payments of $250.00 towards her restitution. The financial analysis conducted by the U.S. Probation Department determined the defendant has the ability to increase her payments to $500.00 per month. The defendant is in agreement with the increase in payment, as reflected on the Waiver of Hearing signed by Mrs. Gallucci. The new payment schedule will commence on April 1, 2003. As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action, modifying the conditions of supervised release as indicated above.

Respectfully submitted,

by /s/ Randel Frimet
U.S. Probation Officer
Phone: 561-999-4817
Date: March 28, 2003

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

05/11/03
Date

PROB 49                          SD/FL PACTS #64404
(3/89)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant shall pay restitution at the rate of $500 per month until such time as the Court may alter the payment schedule in the interests of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay"

Witness: _____      Signed: _____ Probationer
U.S. Probation Officer                        or Supervised Releasee
Randel Frimet                                          Cristie Gallucci

2/26/03
Date