

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CAE NO. 00-6177-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHRISTIE GALLUCCI,

    Defendant.
_____/

## CORRECTED JUDICIAL ORDER MODIFYING SENTENCE

**THIS CAUSE** came before the Court upon U.S. Probation Officer Brian P. Hassett's request for corrected Judicial Order Modifying Sentence issued by[1] U.S. District Judge Wilkie D. Ferguson dated February 15, 2002. The Court having reviewed the issues at hand and being otherwise fully advised in the premisses, it is hereby

**ORDERED AND ADJUDGED** the request is **GRANTED**. The Court hereby Modifies the sentence as follows:

1. The defendant is placed on three (3) years probation with special condition of six (6) months home confinement with electronic monitoring. Defendant will pay the cost.

**DONE AND ORDERED** in chambers, at Miami, Florida, this __4__ day of August, 2003.

                                  JOSE E. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE

---

[1] This case was subsequently reassigned to the undersigned. Pursuant to the Clerk's Order of Judicial Officer Reassignment of a closed case (D.E. No. 44) dated June 27, 2003.



cc:
Jeffrey Kaplan, AUSA
James S. Lewis, Esq
Brian P. Hassett, U.S. Probation Officer