**United States Government**
MEMORANDUM

| | |
|---|---|
| **DATE:** | August 6, 2003 |
| **FROM:** | Randel G. Frimet, United States Probation Officer<br>Boca Raton, Florida<br>(561) 999-4817 |
| **SUBJECT:** | **GALLUCCI, Cristie**<br>**Docket No. 00-6177-CR-MARTINEZ/DUBE**<br>**SD/FL Pacts #64404** |
| **TO:** | The Honorable Jose E. Martinez<br>United States District Judge, Miami, Florida |



FILED by _____ D.C.
AUG 0 7 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### REQUEST FOR INTERNATIONAL TRAVEL

**Original Sentence and Offense:** On December 15, 2000, the above-captioned individual appeared before The Honorable Wilkie D. Ferguson for sentencing on: Count 1: 18 U.S.C. §1010 Making false statements to the United States Department of Housing and Urban Development. She was sentenced to one year and one day custody of the Bureau of Prisons followed by one (1) year supervised release, a special condition for financial disclosure/access and $227,830.71 restitution (joint and several) was ordered as well as a $100 special assessment. On February 15, 2002, upon motion of the United States Attorney, the Judge modified Ms. Gallucci's sentence. Upon receipt of the Order Modifying Sentence, it was noted that the defendant's sentence was reduced from one year and one day federal prison to three (3) years supervised release with a special condition for 6 months home confinement. The Criminal Minutes of the Hearing on Rule 35 Motion dated February 11, 2002, indicate that Ms. Gallucci's sentence was reduced to three (3) years probation, with six (6) months home detention with electronic monitoring; defendant bears costs and all other conditions remain the same.

**Compliance with Supervision Conditions:** Ms. Gallucci has paid her $100.00 special assessment, and has continually paid her restitution obligation to the best of her ability. She has not possessed any contraband and/or firearms, and has been in compliance with all conditions of supervised release.

Ms. Gallucci has maintained a stable residence in Boca Raton, Florida and is currently employed People's Choice Home Loans as a credit manager.

Ms. Gallucci and her employer have requested permission to travel to the Bahamas on a three day retreat as a corporate bonus. Travel is scheduled for August 11, 2003, through August 14, 2003.



The Honorable Jose E. Martinez
United States District Judge
<u>Memorandum</u>
August 6, 2003
Page 2



RE: **GALLUCCI, Cristi**
Docket No. **00-6177-CR-MARTINEZ/DUBE**

This officer has contacted the Bahamian Consular General's office for travel permission. Travel has been approved by their Vice Consul, Ms. Siobhan Deane. (Please see attached correspondence).

**Recommendation:** It is the recommendation of the U.S. Probation Office that the court authorize Ms. Gallucci travel to The Bahamas, from August 11, 2003, through August 14, 2003.

Should Your Honor agree with the probation office's recommendation, please make the appropriate notation below.

Respectfully submitted,

RF
Attachments

Reviewed by: _____
Lonzo Lowery, Supervising
United States Probation Officer

TRAVEL REQUEST **APPROVED**: _____
Honorable Jose E. Martinez

TRAVEL REQUEST **DENIED**: _____
Honorable Jose E. Martinez

DATE: 6 August 2003