PROB 12B  
(SD/FL 9/96)  
SD/FL PACTS No. 64404

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-06177-001

FILED by _____ D.C.  
APR - 8 2004  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. · MIAMI

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: GALLUCCI, Cristie

Name of Sentencing Judicial Officer: The Honorable Jose E. Martinez, Judge, U.S. District Court, Southern District of Florida

Date of Original Sentence: December 15, 2000

Original Offense: 18 U.S.C. §1010 Making False Statements to the United States Department of Housing and Urban Development

Original Sentence: One Year and one Day Bureau of Prison, followed by one Year Supervised Release. Modified on February 15, 2002 to Three Years (3) Supervised Release: special condition of six months home confinement. The Federal Prison sentence is deleted.

Type of Supervision: Supervised Release          Date Supervision Commenced: February 15, 2002

## PETITIONING THE COURT

[] To extend the term of supervision for __ years, for a total term of __ years.  
[X] To modify the conditions of supervision as follows:

**"The defendant shall pay restitution totaling $227,930.71 to the victims at the rate of 10% of gross monthly income until such time as the Court may alter the payment schedule in the interests of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay"**

PROB 12B                                                              SD/FL PACTS No. 64404
(SD/FL 9/96)

# CAUSE

After reviewing the defendant's personal financial statement and based on her overall financial ability, a restitution payment plan of 10% of her gross income is being recommended. The defendant generates income as a full time employee and will be giving birth to twins in August of this year. This will dramatically alter the defendant's income in the coming months. Taking into account this eventual material change in the subject's familial status, this officer believes the flexibility of a percentage payment plan will be in the best interest of all parties.

Pursuant to the 11th Circuit decesion in the case Prouty v United States of America (303f.3d 1249), the Court is required to set an offender's resitution payment schedule. This officer has discussed Ms. Gallucci's financial status and she has agreed to submit 10% of her gross monthly income toward restitution. As such, it is respectfully requested that Your Honor sign the attached Petition for Probation Action, modifying the conditions of supervised release as indicated above. Attached with this Petition is Probation Form 49 which has been signed by the defendant.

Respectfully submitted,

by  *[signature]*

Randel Frimet
U.S. Probation Officer
Phone: 561-999-4817
Date: March 17, 2004

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

7 April 2004
Date